IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-216-GCM

| | |
|---|---|
| NORMAN RUSSELL, *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| SWISHER HYGIENE, INC., *et al*, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **JAY B. KASNER**, filed May 8, 2012 [doc.#14].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr Kasner is admitted to appear before this court *pro hac vice* on behalf of defendants.

**IT IS SO ORDERED.**

Signed: May 11, 2012

Graham C. Mullen
United States District Judge