UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-cv-216

| | |
|---|---|
| NORMAN RUSSELL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP,<br><br>Defendants. | **ORDER** |

THIS MATTER is before the Court on the Consent Motion to Consolidate Related Cases. For good cause shown, the Motion is GRANTED. The Court orders as follows:

1. The matters of *Birch v. Swisher Hygiene, Inc.,* No. 3:12-cv-221-FDW-DCK and *Cohen v. Swisher Hygiene, Inc.,* No. 3:12-cv-256-FDW-DSC are hereby consolidated with the instant matter, *Russel v. Swisher Hygiene, Inc.,* No. 3:12-cv-216-GCM.

2. The consolidated matter is hereby assigned to Senior United States District Court Judge Graham C. Mullen because the *Russell* case was the first-filed.

3. The consolidated matter is hereby referred to United States Magistrate Judge David C. Keesler.

IT IS SO ORDERED.

Signed: May 18, 2012

*Graham C. Mullen*
Graham C. Mullen
United States District Judge