UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:12-cv-216

| | |
|---|---|
| NORMAN RUSSELL, Individually and on Behalf of All Other Persons Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SWISHER HYGIENE, INC., STEVEN R. BERRARD, and MICHAEL KIPP, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER**

IT IS HEREBY ORDERED this 13th day of June, 2012, that all proceedings in the above-captioned action, including all briefing on the motions for the appointment of lead plaintiff and lead counsel, are stayed until the Judicial Panel on Multidistrict Litigation rules on Defendants' motion to transfer two actions from the Southern District of New York to this Court and centralize six related actions in this Court for pretrial purposes.

Counsel for Defendants will advise the Court within 5 business days of receipt of the determination from the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

Signed: June 13, 2012

Graham C. Mullen
United States District Judge