IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-216-GCM

| | |
|---|---|
| NORMAN RUSSELL, et al ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| SWISHER HYGIENE, INC., et al ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **DAVID CLARKE, JR.**, filed June 19, 2012 [doc. #38].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Clarke is admitted to appear before this court *pro hac vice* on behalf of defendant Michael Kipp.

**IT IS SO ORDERED.**

Signed: June 20, 2012

Graham C. Mullen
United States District Judge